### CITY OF NEW ORLEANS v. FRANCIS LACROIX.

*Where a Record is so imperfect as to preclude an examination into the case on its merits, and where no suggestion of diminution of the Record is made, and no motion to dismiss the appeal is filed, it will be remanded for a new trial.*

APPEAL from the Fifth District Court of New Orleans, *Eggleston*, J. *Thos. H. Hewes*, for plaintiff. *T. W. Collens*, for defendant.

LABAUVE, J. The City claims of the defendant $2,872 87, due for city taxes for the year 1859. The defendant filed a general denial and a special defence.

On trial below, the plaintiff offered in evidence, among other : The assessment roll for the year 1859, and the ordinance of the Common Council fixing the rate of taxation for the year 1859.

The District Judge gave judgment for plaintiff, and the defendant took this appeal.

The record is so imperfect and defective as to preclude an examination on the merits. It does not contain the assessment roll for the year 1859, nor the ordinance of the Common Council fixing the rate of taxation for the year 1859 ; nor even is the certificate, attached to the record, signed by the clerk.

No suggestion of diminution of the record was made, and no motion to dismiss the appeal was filed. All that we can do is to remand the case at the cost of the appellant. 9 L. 119.

It is therefore ordered and decreed, that the judgment of the District Court be reversed, and the case remanded to be tried according to law, the appellant to pay the costs of this appeal.

<hr>

### CITY OF NEW ORLEANS v. E. CORDEVIOLLE.

LABAUVE, J. This case presents the same pleadings, defects, omissions and irregularities as in the case of the same plaintiff v. François Lacroix, just decided; no diminution of the record was suggested, and no motion filed to dismiss the appeal. We are, therefore, precluded from examining the case on the merits, and, for the same reasons given in the said case above referred to, we must remand it. 9 L. 119.

It is therefore ordered and decreed, that the judgment rendered below be annulled and reversed, and the case remanded to be proceeded in according to law; and that the defendant and appellant pay the costs of this appeal.